888　　Cases Reported with Brief Syllabi.

William Theile v. The Texas Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

William Theile v. James A. Merlis.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Morris I. Schamburg v. Claus A. Spreckels.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Tenement House Department v. Lucy A. McDevitt.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Pusey Press v. Hugh Dougherty.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Lorenzo W. Sherwood v. Alexander F. Fisher.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Harry Adams v. George Leary.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Hans Bartsch v. Al H. Woods.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Catherine Hyland v. Valentine Fink.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Mina Kramer v. Grand Lodge, etc., Free Sons of Israel.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Harry Freid v. David A. Doyle.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Universal Discount Company v. Corn Exchange Bank.— Application granted upon defendant filing stipulation referred to in order. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Margaret A. Lynch v. Anna Murphy.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Sol Friedman v. Franklin Fire Insurance Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

J. Alfred Pisani and Others v. Nicolo Rao.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Nathan Marcus and Others v. Fidelity and Deposit Company of Maryland.— Application granted upon defendant filing stipulation provided